**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Case No.: 1:25-01750-GPG-CYC

QSR INTERNATIONAL L.D.C.,

Plaintiff,

v.

QZCR S.R.L. and SHEHZAD ALI,

Defendants.

---

**REQUEST FOR CLERK'S ENTRY OF DEFAULT**

---

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff QSR International L.D.C. hereby requests that the Clerk enter default against Defendants QZCR S.R.L and Shehzad Ali for failure to answer or otherwise respond to the Complaint.

**DECLARATION**

In support of the request for the Clerk's Entry of Default, undersigned counsel states that:

1. On June 4, 2025, Plaintiff filed its Complaint. ECF No. 1.

2. On July 10, 2025, Plaintiff filed an *Ex Parte* Motion for an Order Authorizing Service by Alternate Means, requesting authorization for service of process on the Defendants via email pursuant to Rules 4(f)(3) and 4(h)(2). ECF No. 15.

3. On July 17, 2025, the Court granted the motion and authorized service via email. ECF No. 18.

4. On July 24, 2025, in accordance with ECF No. 18, Plaintiff served Defendants with the Summonses, Complaint, and related documents via email, as authorized by the Court. ECF No. 19.

5. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendants were required to answer or otherwise file a responsive pleading to the Complaint by no later than August 14, 2025.

6. As of the time of this filing, Plaintiff has not been served with any answer or responsive pleading to the Complaint in this action. Nor have Defendants filed an appearance in this case.

7. Defendant QZCR S.R.L. is a business entity and thus not a minor, incompetent person, or member of the military service.

8. To the knowledge of the undersigned, and based upon the knowledge of the Plaintiff, Defendant Shehzad Ali is not an infant, incompetent person, or member of the military service.

9. Therefore, Plaintiff requests that the Clerk enter default against Defendants pursuant to Rule 55(a).

10. I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 29, 2025

Respectfully submitted,

**LATHROP GPM LLP**

*/s/ Michael L. Sturm*
Michael L. Sturm
600 New Hampshire Ave NW
The Watergate, Suite 700
Washington, DC 20037
Telephone: (202) 295-2241
michael.sturm@lathropgpm.com

William F. Jones
Joseph W. Mark
675 15th Street
Suite 2650
Denver, CO 80202
Telephone: (720) 931-3200
billy.jones@lathropgpm.com
joey.mark@lathropgpm.com

*Attorneys for Plaintiff*